**UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION**

| | |
|---|---|
| ANTHONY FRANCHI, Individually and On Behalf of All Others Similarly Situated,<br><br>          Plaintiffs,<br><br>   v.<br><br>NATIONSTAR MORTGAGE HOLDINGS INC., JAY BRAY, ROBERT GIDEL, ROY GUTHRIE, BRETT HAWKINS, MICHAEL D. MALONE, WMIH CORP., and WAND MERGER CORPORATION,<br><br>          Defendants. | 3:18-CV-01170-B (JJB) |

<u>**JOINT STIPULATION AND [PROPOSED] ORDER OF VOLUNTARY DISMISSAL**</u>

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, plaintiff Anthony Franchi ("Plaintiff") hereby voluntarily dismisses with prejudice all individual claims asserted in the above-captioned action (the "Action") against Nationstar Mortgage Holdings, Inc.; Jay Bray; Robert Gidel; Roy Guthrie; Brett Hawkins; Michael D. Malone; WMIH Corp.; and Wand Merger Corporation (collectively, "Defendants"). Plaintiff further voluntarily dismisses without prejudice all claims asserted in the Action against the Defendants on behalf of the putative class. Defendants have served neither an answer nor a motion for summary judgment in the Action, and no class has been certified in the Action.

All parties jointly stipulate to the dismissal of the claims in this Action as set forth above. Pursuant to this stipulation, the parties have agreed, subject to the approval of the Court, that the Court shall retain jurisdiction over this Action for the sole and limited purpose of adjudicating any claim by counsel for Plaintiff for a mootness fee and expenses, if any, in connection with

claims previously alleged in the Action ("Fee Claim"), should there be a dispute over any such claim.

Nothing in this stipulation shall be construed to limit any right, position, claim, or defense of any party, including, without limitation, Defendants' right to oppose any Fee Claim by counsel for Plaintiff on any basis whatsoever.  If the parties reach an agreement concerning any Fee Claim, they shall notify the Court.  Upon such notification, the Court shall close the Action.


Dated: Dallas, Texas
        August 7, 2018

                                        /s/ Joe Kendall_____
                                        KENDALL LAW GROUP LLP
                                        Joe Kendall (*jkendall@kendalllawgroup.com*)
                                        Texas Bar No. 11260700
                                        Jamie J. McKey (*jmckey@kendalllawgroup.com*)
                                        Texas Bar No. 24045262
                                        3232 McKinney Avenue, Suite 700
                                        Dallas, TX 75204
                                        Tel:  (214) 744-3000
                                        Fax:  (214) 744-3015

                                        OF COUNSEL:

                                        RIGRODSKY & LONG, P.A.
                                        300 Delaware Avenue, Suite 1220
                                        Wilmington, DE 19801
                                        Tel:  (302) 295-5310
                                        Fax:  (302) 654-7530

                                        RM LAW, P.C.
                                        1055 Westlakes Drive, Suite 300
                                        Berwyn, PA 19312
                                        Tel:  (484) 324-6800
                                        Fax:  (484) 631-1305

                                        *Attorneys for Plaintiff Anthony Franchi*

Dated: Dallas, Texas
        August 7, 2018

/s/ *Thomas G. Yoxall*
LOCKE LORD LLP
Thomas G. Yoxall (*tyoxall@lockelord.com*)
Texas Bar No. 00785304
2200 Ross Avenue, Suite 2800
Dallas, TX 75201
Tel:  (214) 740-8683
Fax:  (214) 740-8800

*Attorneys for Nationstar Mortgage Holdings, Inc., Jay Bray, Robert Gidel, Roy Guthrie, Brett Hawkins, and Michael D. Malone*

Dated: Dallas, Texas
        August 7, 2018

/s/ *Michelle A. Reed*
AKIN GUMP STRAUSS HAUER & FELD LLP
Michelle A. Reed (*mreed@akingump.com*)
Texas Bar No. 24041758
1700 Pacific Avenue, Suite 4100
Dallas, TX 75201
Tel:  (214) 969-2713
Fax:  (214) 969-4343

*Attorneys for WMIH Corp. and Wand Merger Corporation*

IT IS SO ORDERED this _____ day of _____, 2018.

_____
UNITED STATES DISTRICT JUDGE